## SHAWN CROCKER *v*. COMMISSIONER OF CORRECTION

The petitioner Shawn Crocker's petition for certification for appeal from the Appellate Court, 101 Conn. App. 133 (AC 26603), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Joseph A. Jaumann*, special public defender, in support of the petition.

*Toni M. Smith-Rosario*, assistant state's attorney, in opposition.

Decided July 3, 2007

## GREATER BRIDGEPORT TRANSIT DISTRICT ET AL. *v*. CITY OF BRIDGEPORT ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 101 Conn. App. 243 (AC 26723), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*John T. Bochanis*, in support of the petition.

*Noel R. Newman, Stuart M. Katz, Barbara M. Schellenberg*, and *Brian W. Smith*, in opposition.

Decided July 3, 2007